In the Matter of the Accounting of MILTON J. BACH et al., as Executors and Trustees under the Will of JEROME B. SCOFIELD, Deceased, Respondents.

THOMAS D. HANLEY, Appellant.

(Argued November 27, 1928; decided December 31, 1928.)

*David L. Podell* and *Myron Kommel* for appellant.

*Isaac H. Levy* and *Milton J. Bach* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.